```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

MARGO P. HEATH,                )
                               )
    Plaintiff,                 )
                               )
        v.                    )   NO. 3:11-0964
                               )   Judge Nixon/Bryant
CRACKER BARREL OLD COUNTRY     )   **Jury Demand**
STORE, INC.,                   )
                               )
    Defendants.                )

### O R D E R

Counsel for the defendant has filed an Agreed Order to Refer the Case for Judicial Settlement Conference (Docket Entry No. 9). A telephone conference is scheduled on **Thursday, January 26, 2012, at 10:30 a.m.** to discuss this matter. Counsel for the defendant shall initiate the conference call.

It is so **ORDERED**.

                                         s/ John S. Bryant
                                         JOHN S. BRYANT
                                         United States Magistrate Judge